# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
11/24/2023 1:11:25 PM
Filing ID 16947928

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (602)692-6083
E-Mail Address: keithknowlton@msn.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Barbara Ruth Hodges<br>Plaintiff(s),<br>v.<br>City of Mesa, et al.<br>Defendant(s). | Case No.  **CV2023-095727**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS subject to compulsory arbitration, as provided by Rules 72 through 77 of the
Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Keith M Knowlton /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
11/24/2023 1:11:25 PM
Filing ID 16947926

KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB# 132
Tempe, Arizona 85284-4100
(602) 692-6083
FAX (480) 471-8956
Attorney for Plaintiff
**Keith M. Knowlton - SBN 011565**
keithknowlton@msn.com

*Attorney for Plaintiff*

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| Barbara Ruth Hodges, | CV2023-095727 |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT |
| City of Mesa; Mesa Police Officer K. Newby, #22469; John Doe Police Officer; and John and Jane Doe's I-X, | |
| Defendants. | |

Plaintiff Barbara Hodges, as and for her Complaint against Defendants, alleges as follows:

## JURISDICTIONAL ALLEGATIONS

1.    Plaintiff Barbara Hodges ("Plaintiff") at all times relevant to the complaint resided in Maricopa County, Arizona.

2.  John Doe Police Officer ("John") at all relevant times was a police officers employed by the City of Mesa Police Department and who caused events to occur in Maricopa County out of which this Complaint arose.

3. The City of Mesa is a municipality in the State of Arizona and employer of John.

4. Officer K. Newby, #22469 ("Newby"), at all relevant times was a police officers employed by the City of Mesa Police Department and who caused events to occur in Maricopa County out of which this Complaint arose.

5.      Defendants John and/or Jane Does I-X are individuals that are liable to the Plaintiff for her injuries set forth herein and who are unknown to Plaintiffs at this time. Plaintiff will amend the complaint to include these Defendants as soon as their names are discovered.

6. The individual police officers referred to herein are referred to as Police Officer Defendants.

7.      Defendants and each of them caused events to occur in Maricopa County out of which this complaint arose.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction and venue over this matter and the parties.

9.      This is a tier two case.

## JURY DEMAND

10.     A jury trial is requested.

## FACTUAL ALLEGATIONS

11.     Plaintiff incorporates herein by this reference all the preceding numbered paragraphs.

12.     On November 26, 2021, Plaintiff approached officers on foot on the sidewalk from north of 158 South Robson, Mesa Arizona.

13.     Barbara explained to the officers she owned the real property, was trying to get access into the empty apartment at the rear to get it ready to rent and she was threatened by the tenant on the in front apartment, who without her permission put a lock on the rear apartment entrance.

14.     There was an ongoing eviction proceeding taking place in Justice Court

between the tenant and Plaintiff.

15.    John is a male officer who directed Plaintiff to sit down on the curb. After a while sitting on the curb,

16.    She was not told she was under arrest or that she could not move.

17.    Plaintiff needed to stand up to stretch and asked the female police officer who was closest to her if she could stand up for a moment.  The female officer said yes.

18.    All could hear the officer say yes.

19.    As she was standing up, the male officers yelled at her sit down and before she could respond he came forward and violently shoved her to the ground.

20.    Plaintiff suffered bruising of her left shoulder which became black and blue and swelled up.

21.    The swelling and pain from her shoulder lasted over a week and a half.

22.    At no point did any of the police officers offer her any medical care and treatment for being violently shoved to the ground by Officer John.

23.    Plaintiff's husband, Aaron Hodges at that time, was in jail serving a sentence.

24.    The police officers involved had been on his property before and without a search warrant had cone through his office at a nearby apartment he owned.

25.    Upon information and belief, the officers treated her they way they did because she was married to Aaron.

26.    Officer Newby, using a camcorder interviewed Barbara and the other individuals involved.  He turned the video when speaking with on scene Officers.

27.    He further filled out the police report and did not mention the incident contained herein or provide any medical to Plaintiff.

**COUNT ONE**
**(42 U.S.C. § 1983)**

28.    The allegations set forth above are fully incorporated herein by this reference.

29.    In committing the above referenced actions and/or omissions and the following, the Police Officer Defendants acted under color of state law, and engaged in conduct that was the proximate cause of a violation of Plaintiff's rights under the Fourth and/or the Fourteenth Amendments to the Constitution of the United States of America, including but not limited to excessive force (slamming her to the ground without warning causing her serious bruising, swelling and pain to her left shoulder, deliberate indifference to known medical needs, retaliatory use of force against Plaintiff and knowingly and intentionally causing physical harm to Plaintiff that was not justified under the circumstances, thereby violating Plaintiff's civil rights under 42 U.S.C. § 1983.

30.    Defendant Newby was the supervisor of the on scene Police Officer at the time of the events.

31.    (a) as the supervisory defendant he knew that [his] subordinates were engaging in these acts and knew or reasonably should have known that the subordinates' conduct would deprive the plaintiff of these rights; and (b) the supervisory defendant failed to act to prevent his subordinates from engaging in such conduct.

32.    (a) the supervisory defendant disregarded the known or obvious consequence that a particular training deficiency or omission would cause his subordinates to violate the plaintiff's constitutional rights; and (b) that deficiency or omission actually caused his subordinates to deprive the plaintiff of her constitutional rights; or the supervisory defendant engaged in conduct that showed a reckless or callous indifference to the deprivation by the subordinate of the rights of others.

4

33.    The acts of the Police Officer Defendants deprived Plaintiff of her particular rights under the United States Constitution and acted pursuant to an expressly adopted official policy or a widespread or longstanding practice or custom of  defendant City of Mesa and the City of Mesa, through the City of Mesa Police Department's official policy or widespread or longstanding practice or custom caused the deprivation of the plaintiff's rights by the Police Officer Defendants; that is, the City of Mesa through the Mesa Police Departmeten's official policy or widespread or longstanding practice or custom is so closely related to the deprivation of the plaintiff's rights as to be the moving force that caused the ultimate injury.

34.    The Defendant Police Officers proximately caused Plaintiff physical injuries to her shoulder all in an amount to be proven at trial.

35.    Pursuant to 42 U.S.C. § 1983, Defendants are liable to Plaintiff for the above-described violations of Plaintiffs Constitutional rights.

36.    Plaintiff is entitled to all rights, remedies, in law or in equity, available to him under 42 U.S.C. § 1983.

37.    The Police Officer Defendants were deliberately indifferent to Plaintiff's medical condition and failed to provide medical care at the scene for her obvious injuries.

38.    Plaintiff is entitled to recover his reasonable costs and attorney's fees under 42 U.S.C. § 1988.

39.    The plaintiff is entitled to punitive damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

5

1.  For compensatory damages, including but not limited to her physical injuries and pain and suffering, all in an amount to be determined at the time of trial;

2.  For Attorneys fees and costs;

3.  Award Plaintiffs punitive damages in an amount to be determined at the time of trial;

4.  And to grant such other and further relief as the Court feels is just under the circumstances.

DATED this 24th day of November 2023.

KEITH M. KNOWLTON, L.L.C.


By  /s/ Keith Knowlton
Keith M. Knowlton, SBN 011565
Attorney for Plaintiff

| Office Distribution | **SUPERIOR COURT OF ARIZONA**<br>**MARICOPA COUNTY** | **\*\*FILED\*\***<br>01/31/2024<br>by Superior Court Admin<br>on behalf of Clerk of the<br>Superior Court |
|---|---|---|

Ct. Admin
Deputy

01/27/2024                                COURT ADMINISTRATION

**Case Number:**  CV2023-095727

**Barbara Ruth Hodges**

**V.**

**City Of Mesa**

---

The Judge assigned to this action is the Honorable Peter A Thompson

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 11/24/2023 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 02/22/2024. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2023-095727

| Party Name | Attorney Name | |
|---|---|---|
| Barbara Ruth Hodges | Keith M Knowlton | Bar ID:  011565 |

Clerk of the Superior Court
*** Electronically Filed ***
02/29/2024 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV 2023-095727                                          02/27/2024


HONORABLE DANIELLE J. VIOLA

CLERK OF THE COURT
B. Lopez-Mori
Deputy


BARBARA RUTH HODGES                        KEITH M KNOWLTON

v.

CITY OF MESA, et al.


JUDGE ADLEMAN
JUDGE THOMPSON
JUDGE VIOLA


**CASE REASSIGNMENT – EFFECTIVE MARCH 1, 2024**

This case was previously assigned to the **Honorable Peter Thompson**. The Civil Department has identified a need to rebalance judicial caseloads to maximize judicial resources and enhance efficiency in case management. Consistent with AO 2023-136 and with approval of the Arizona Supreme Court,

**IT IS ORDERED** reassigning this case to **Civil Calendar CVJ18, the Honorable Jay Adleman,** for all further proceedings effective March 1, 2024.

**IT IS FURTHER ORDERED** affirming any and all hearings currently set in this matter which will be heard by the Honorable Jay Adleman unless otherwise modified or rescheduled by Honorable Jay Adleman.

All hearings set via court connect can be accessed as follows:

Please join from your computer, tablet or smartphone.
http://tinyurl.com/jbazmc-cvj18b


Docket Code 066                        Form V000A                        Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2023-095727                                    02/27/2024

You can also dial in using your phone (audio only)
**+1 917-781-4590**
Phone Conference ID: **146 905 558#**

All hearings set in person will be held at the following location:

The Honorable Jay Adleman
Maricopa County Superior Court
East Court Building
101 W. Jefferson
ECB 712
Phoenix, AZ 85003
Phone: (602) 372-5497

**Effective March 1, 2024, please direct all future filings and any courtesy copies to Honorable Jay Adleman's division.**

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
3/8/2024 4:56:45 PM
Filing ID 17470457

KEITH M. KNOWLTON, L.L.C.
950 N. Mallard St.
Chandler, Arizona 85226
(602) 692-6083
FAX (480) 471-8956
Attorney for Plaintiff
**Keith M. Knowlton – SBN 011565**
keithknowlton@msn.com

IN THE MARICOPA COUNTY SUPERIOR COURT

STATE OF ARIZONA

| | |
|---|---|
| Barbara Ruth Hodges, | No: CV2023-095727 |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO AMEND SERVE THE AMENDED COMPLAINT** |
| City of Mesa, et al., | |
| Defendants. | |

Plaintiff Barbara Hodges, through Counsel undersigned, respectfully requests the Court extend the deadline to serve the Complaint for 30 days from February 22, 2023. Plaintiff has received from public records the police report involved. However, the police officer who shoved Plaintiff to the Ground after other officers allowed her to stand up does is not identified. Plaintiff's counsel was forced to conduct some interviews and was able to obtain the alleged badge number for this officer from a witness. Plaintiff has been unable to obtain his name from the Mesa Police Department voluntarily and has done a public records request to obtain his identification information so that the John doe can be replaced with his name.

Plaintiff's counsel did not meet the February 22, 2024 deadline because of his busy litigation calendar and needs this additional time.

Plaintiff prepared a response to a Motion for Summary Judgment in *Wrays v. Maricopa County*, et al, 22-cv-00741 with all exhibits and filed it electronically on February 15, 2024.  He further filed an Amended Complaint in *Wrays* on February 16, 2024, and in the same case went to the District Court and filed the non-electronic Exhibits on February 16, 2024.  Undersigned Counsel was further involved in preparation of the Response to Summary Judgment in *Brightly v. Corizon Health Inc, et al., 21-cv-00127* which was filed on February 19, 2024.  Plaintiff's Counsel just received the Answering Brief in *Oneal v. Roberts*, 23-15429 (9th Cir.) with a reply due in 21 days.  Further, Plaintiff's counsel has three oral arguments before the Ninth Circuit Court of Appeals the first week in April of 2024.

There is no prejudice or harm to Defendants because the statue would not begin to run until the Officer involved is identified.

WHEREFORE, for the reasons set forth above Plaintiff request the Court authorize Plaintiff to proceed with the litigation and file the amended complaint as soon as the response to the public records request is received and to serve the Amended Complaint within 30 days of February 22, 2024.

RESPECTULLY SUBMITTED this 8th day of March 2024.

KEITH M. KNOWLTON, LLC

By:___/s/ Keith M. Knowlton_____
Keith M. Knowlton
*Attorney for Plaintiff*

**ORIGINAL Filed with the Court by** ECF this
8th day of March 2024

/s/ Keith Knowlton _____

1  KEITH M. KNOWLTON, L.L.C.
   950 N. Mallard St.
2  Chandler, Arizona 85226
   (602) 692-6083
3  FAX (480) 471-8956
   Attorney for Plaintiff
4  **Keith M. Knowlton - SBN 011565**
   keithknowlton@msn.com
5
   *Attorney for Plaintiff*
6
                    IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
7                        IN AND FOR THE COUNTY OF MARICOPA
8
   Barbara Ruth Hodges,
9                                              CV2023-095727
                   Plaintiff,
10
   vs.
11                                             AMENDED COMPLAINT
   City of Mesa; Mesa Police Officer K.
12 Newby, #22469; Mesa Police Officer         **(Jury Trial Requested)**
   Devin Hultenius; and John and Jane Doe's
13 I-X,
14                 Defendants.
15

16        Plaintiff Barbara Hodges, as and for her Amended Complaint against
17 Defendants, alleges as follows:
18                        **JURISDICTIONAL ALLEGATIONS**
19     1.    Plaintiff Barbara Hodges ("Plaintiff") at all times relevant to the
20 complaint resided in Maricopa County, Arizona.
21     2. Mesa Police Officer Devin Hultenius #20281 ("Hultenius") at all relevant
22 times was a police officers employed by the City of Mesa Police Department and
23 who caused events to occur in Maricopa County out of which this Complaint arose.
24     3. The City of Mesa is a municipality in the State of Arizona and employer of
25 John.
26

4. Officer K. Newby, #22469 ("Newby"), at all relevant times was a police officers employed by the City of Mesa Police Department and who caused events to occur in Maricopa County out of which this Complaint arose.

5.    Defendants John and/or Jane Does I-X are individuals that are liable to the Plaintiff for her injuries set forth herein and who are unknown to Plaintiffs at this time. Plaintiff will amend the complaint to include these Defendants as soon as their names are discovered.

6. The individual police officers referred to herein are referred to collectively as Police Officer Defendants.

7.    Defendants and each of them caused events to occur in Maricopa County out of which this complaint arose.

### JURISDICTION AND VENUE

8.    This Court has jurisdiction and venue over this matter and the parties.

9.    This is a tier two case.

### JURY DEMAND

10.    A jury trial is requested.

### FACTUAL ALLEGATIONS

11.    Plaintiff incorporates herein by this reference all the preceding numbered paragraphs.

12.    On November 26, 2021, Plaintiff approached officers on foot on the sidewalk from north of 158 South Robson, Mesa Arizona.

13.    Barbara explained to the officers she owned the real property, was trying to get access into the empty apartment at the rear to get it ready to rent and she was threatened by the tenant on the in front apartment, who without her permission put a lock on the rear apartment entrance.

14.    There was an ongoing eviction proceeding taking place in Justice Court

2

between the tenant and Plaintiff.

15.   Hultenius is a male officer who directed Plaintiff to sit down on the curb.

16.   She was not told she was under arrest or that she could not move.

17.   Plaintiff needed to stand up to stretch and asked the female police officer who was closest to her if she could stand up for a moment.  The female officer said yes.

18.   All could hear the officer say yes.

19.   As she was standing up, the male officers yelled at her sit down and before she could respond he came forward and violently shoved her to the ground.

20.   Plaintiff suffered bruising of her left shoulder which became black and blue and swelled up.

21.   The swelling and pain from her shoulder lasted over a week and a half.

22.   At no point did any of the police officers offer her any medical care and treatment for being violently shoved to the ground by Officer Hultenius.

23.   Plaintiff's husband, Aaron Hodges at that time, was in jail serving a sentence.

24.   The police officers involved had been on his property before and without a search warrant had cone through his office at a nearby apartment he owned.

25.   Upon information and belief, the officers treated her the way they did because she was married to Aaron.

26.   Officer Newby, using a camcorder interviewed Barbara and the other individuals involved. He turned off the video when speaking with on scene Officers.

27.   He further filled out the police report and did not mention the incident contained herein or provide any medical to Plaintiff.

28.   Upon information and belief, Officer Newby was aware of what

3

Officer Hultenius did to Plaintiff and took no action to stop it, to protect her, to see if she needed medical care and treatment or to document what force was used on Plaintiff by Officer Hultenius.

**COUNT ONE**
**(42 U.S.C. § 1983)**

29.    The allegations set forth above are fully incorporated herein by this reference.

30.    In committing the above referenced actions and/or omissions and the following, the Police Officer Defendants acted under color of state law, and engaged in conduct that was the proximate cause of a violation of Plaintiff's rights under the Fourth and/or the Fourteenth Amendments to the Constitution of the United States of America, including but not limited to excessive force (slamming her to the ground without warning causing her serious bruising, swelling and pain to her left shoulder, deliberate indifference to known medical needs, retaliatory use of force against Plaintiff and knowingly and intentionally causing physical harm to Plaintiff that was not justified under the circumstances, thereby violating Plaintiff's civil rights under 42 U.S.C. § 1983.

31.    Defendant Newby was the supervisor of Officer Hultenius and the other police officers on on scene at the time of the events.

32.    (a) as the supervisory defendant he knew that [his] subordinates were engaging in these acts and knew or reasonably should have known that the subordinates' conduct would deprive the plaintiff of these rights; and (b) the supervisory defendant failed to act to prevent his subordinates from engaging in such conduct.

33.    (a) the supervisory defendant disregarded the known or obvious consequence that a particular training deficiency or omission would cause his subordinates to violate the plaintiff's constitutional rights; and (b) that deficiency or omission actually caused his

4

subordinates to deprive the plaintiff of her constitutional rights; or the supervisory defendant engaged in conduct that showed a reckless or callous indifference to the deprivation by the subordinate of the rights of others.

34.    The acts of the Police Officer Defendants deprived Plaintiff of her particular rights under the United States Constitution and acted pursuant to an expressly adopted official policy or a widespread or longstanding practice or custom of  defendant City of Mesa and the City of Mesa, through the City of Mesa Police Department's official policy or widespread or longstanding practice or custom caused the deprivation of the plaintiff's rights by the Police Officer Defendants; that is, the City of Mesa through the Mesa Police Departmeten's official policy or widespread or longstanding practice or custom is so closely related to the deprivation of the plaintiff's rights as to be the moving force that caused the ultimate injury.

35.    The Defendant Police Officers proximately caused Plaintiff physical injuries to her shoulder all in an amount to be proven at trial.

36.    Pursuant to 42 U.S.C. § 1983, Defendants are liable to Plaintiff for the above-described violations of Plaintiffs Constitutional rights.

37.    Plaintiff is entitled to all rights, remedies, in law or in equity, available to him under 42 U.S.C. § 1983.

38.    The Police Officer Defendants were deliberately indifferent to Plaintiff's medical condition and failed to provide medical care at the scene for her obvious injuries.

39.    Plaintiff is entitled to recover her reasonable costs and attorney's fees under 42 U.S.C. § 1988.

40.    The plaintiff is entitled to punitive damages.

5

1        **WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

2        1. For compensatory damages, including but not limited to her physical

3   injuries and pain and suffering, all in an amount to be determined at the time of

4   trial;

5        2. For Attorneys fees and costs;

6        3. Award Plaintiffs punitive damages in an amount to be determined at the

7   time of trial;

8        4. And to grant such other and further relief as the Court feels is just under

9   the circumstances.

10               DATED this 11th day of March 2023.

11                              KEITH M. KNOWLTON, L.L.C.

12

13                     By___/s/ Keith Knowlton_____
                          Keith M. Knowlton, SBN 011565
14                        Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

6

# ORIGINAL

Bryan Blair
mc 9008
Independent

1   KEITH M. KNOWLTON, L.L.C.
    9920 S. Rural Road, Suite 108
2   PMB# 132
    Tempe, Arizona 85284-4100
3   (480) 755-1777
    FAX (480) 471-8956
4   Attorney for Plaintiff
    **Keith M. Knowlton - SBN 011565**
5   keithknowlton@msn.com

6

7              **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

8                  **IN AND FOR THE COUNTY OF MARICOPA**

9

10  Barbara Ruth Hodges,                    )    **CV2023-095727**
                                            )
11                                          )
                  Plaintiff,                )
12                                          )
    vs.                                     )    **SUMMONS**
13                                          )
    City of Mesa; Mesa Police Officer K.    )
14  Newby, #22469; Mesa Police Officer      )
    Devin Hultenius; and John and Jane Doe's )
15  I-X,                                     )    If you would like legal advice from a lawyer,
                                            )    Contact the Lawyer Referral Service at
16                Defendants.                )    602-257-4434
                                            )    or
17                                          )    www.maricopalawyers.org
                                            )    Sponsored by the
18  _____)    Maricopa County Bar Association

19

20      TO:   **City of Mesa**

21  **WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS
    YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND
22  IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

23  1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on
24  you with this Summons.

25  2.   If you do not want a judgment taken against you without your input, you must file an Answer in
    writing with the Court, and you must pay the required filing fee. To file your Answer, take or send
26  the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003</u> or electronically

1

1  file your Answer through one of Arizona's approved electronic filing systems at
2  http://www.azcourts.gov/efiling information.  Mail a copy of the Answer to the other party, the
   Plaintiff, at the address listed on the top of this Summons.
3  Note: If you do not file electronically you will not have electronic access to the documents in this
   case.
4
5  3. If this Summons and the other court papers were served on you within the State of Arizona, your
   Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not
6  counting the day of service. If this Summons and the other court papers were served on you outside
   the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the
7  date of service, not counting the day of service.

8         Requests for reasonable accommodation for persons with disabilities must be made to the
   court by parties at least 3 working days in advance of a scheduled court proceeding.
9
   Requests for an interpreter for persons with limited English proficiency must be made to the division
10 assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least
   ten (10) judicial days in advance of a scheduled court proceeding.
11
12 If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or
   https://maricopabar.org. Sponsored by the Maricopa County Bar Association.
13
          GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for
14 the County of MARICOPA

15

16

17

18

19 SIGNED AND SEALED this ____ day of _____, 2024
                        MAR 11 2024
20

21                            MICHAEL K. JEANES                    JEFF FINE, CLERK
                              Clerk of the Superior Court
22

23                            Deputy Clerk

24                                        T. Spratt
                                          Deputy Clerk
25

26

                                          2

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
L. Gilbert, Deputy
3/19/2024 8:00:00 AM
Filing ID 17512936

IN THE MARICOPA COUNTY SUPERIOR COURT

STATE OF ARIZONA

Barbara Ruth Hodges,    )
                        )    No:  CV2023-095727
            Plaintiff,  )
                        )
v.                      )
                        )    **ORDER GRANTING MOTION FOR**
City of Mesa, et al.,   )    **EXTENSION OF TIME TO AMEND**
                        )    **AND SERVE THE AMENDED**
            Defendants. )    **COMPLAINT**
                        )
                        )
_____)

        Plaintiff Barbara Hodges, through Counsel undersigned having filed a Motion to

Extend deadline to serve the Complaint, and good cause appearing therein,

        IT IS HEREBY ORDERED granting the request and extending the deadline to serve

the Complaint for 30 days from February 22, 2023.

# eSignature Page 1 of 1

Filing ID: 17512936   Case Number: CV2023-095727
Original Filing ID: 17470457

Granted as Submitted



/S/ Jay Adleman Date: 3/18/2024
Judicial Officer of Superior Court

**ENDORSEMENT PAGE**

CASE NUMBER: CV2023-095727

SIGNATURE DATE: 3/18/2024

E-FILING ID #: 17512936

FILED DATE: 3/19/2024 8:00:00 AM

KEITH M KNOWLTON



CLERK OF THE
SUPERIOR COURT
FILED
A. CALER, DEP

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**    24 MAR 19  PM 2: 27

Barbara Ruth Hodges

                           Plaintiff,

        vs.

City of Mesa, et al

                      Defendant.

Case Number: CV2023-095727

**RETURN OF SERVICE**

Received by Bryan Blair Process Serving on the 18th day of March, 2024 at 9:16 am to be served on **City of Mesa, 20 East Main Street, Suite 150, Mesa, AZ 85201.**

I, Bryan Blair, do hereby affirm that on the **18th day of March, 2024** at **2:32 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons; Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Denise Montana** as **Administrative Assistant to the City Clerk** for **City of Mesa**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

                                       **Bryan Blair**
                                       MC-9008

                                       **Bryan Blair Process Serving**
                                       **21373 W Brittle Bush Ln.**
                                       **Buckeye, AZ 85396**
                                       **(623) 300-8468**

                                       Our Job Serial Number: BYN-2024006205
                                       Ref: Hodges v Mesa

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL, DEP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA 2024 MAR 22  PM 2: 59
IN AND FOR THE COUNTY OF MARICOPA

**Barbara Ruth Hodges**

                                Plaintiff,

             vs.

**City of Mesa, et al**

                                Defendant.

Case Number: CV2023-095727

**RETURN OF SERVICE**

Received by Bryan Blair Process Serving on the 18th day of March, 2024 at 9:16 am to be served on **Police Officer Devin Hultenius, 20 East Main Street, Suite 150, Mesa, AZ 85201**.

I, Gregory S. Hardy, do hereby affirm that on the **19th day of March, 2024 at 2:01 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons; Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Police Officer Devin Hultenius** at the address of: **20 East Main Street, Suite 150, Mesa, AZ 85201**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

**Gregory S. Hardy**
MC-9021

**Bryan Blair Process Serving**
**21373 W Brittle Bush Ln.**
**Buckeye, AZ 85396**
**(623) 300-8468**

Our Job Serial Number: BYN-2024006206
Ref: Hodges v Mesa

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

CLERK OF THE
SUPERIOR COURT
FILED
J. BERNAL DEP

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA 2024 MAR 22  PM 2: 59**
**IN AND FOR THE COUNTY OF MARICOPA**

**Barbara Ruth Hodges**
                        Plaintiff,                    Case Number: CV2023-095727

        vs.                                           **RETURN OF SERVICE**

**City of Mesa, et al**
                        Defendant.

Received by Bryan Blair Process Serving on the 18th day of March, 2024 at 9:16 am to be served on **Police Officer K. Newby, 20 East Main Street, Suite 150, Mesa, AZ 85201.**

I, Gregory S. Hardy, do hereby affirm that on the **20th day of March, 2024** at **2:18 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons; Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **Police Officer K. Newby** at the address of: **20 East Main Street, Suite 150, Mesa, AZ 85201,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 240, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

**Gregory S. Hardy**
MC-9021

**Bryan Blair Process Serving**
**21373 W Brittle Bush Ln.**
**Buckeye, AZ 85396**
**(623) 300-8468**

Our Job Serial Number: BYN-2024006207
Ref: Hodges v Mesa

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V



# EXHIBIT B

1  Stephen B. Coleman (State Bar #021715)
   Jenny J. Winkler (State Bar #019032)
2  **PIERCE COLEMAN PLLC**
   7730 East Greenway Road, Suite 105
3  Scottsdale, AZ 85260
   Tel. (602) 772-5506
4  Fax (877) 772-1025
5  Steve@PierceColeman.com
   Jenny@PierceColeman.com
6  *Attorneys for Defendant*
7

8            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9               IN AND FOR THE COUNTY OF MARICOPA

10

11  Barbara Ruth Hodges,                    Case No:  CV2023-095727

12            Plaintiff,

13  v.

14                                          **NOTICE OF FILING OF NOTICE OF
                                               REMOVAL**
15  City of Mesa; Mesa Police Officer
    K. Newby, #22469; Mesa Police
16  Officer Devin Hultenius; and John
    and Jane Doe's I-X,
17

18            Defendants.

19

20  **To:    Clerk of Court, Superior Court of the State of Arizona,**

21          **County of Maricopa:**

22          PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446,

23  Defendants serve this Notice that it has filed a Notice of Removal of the above-captioned

24  action from this Court to the United States District Court for the District of Arizona.  A

25  true and correct copy of the Notice of Removal is attached as Exhibit 1 and is incorporated

26  by reference.  As provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this

27  action, and this Court shall proceed no further unless and until this case is remanded.

28

                                    1

RESPECTFULLY SUBMITTED this 10th day of April, 2024.

**PIERCE COLEMAN PLLC**

By <u>/s/ Stephen B. Coleman</u>
  Stephen B. Coleman
  Jenny J. Winkler
  7730 E. Greenway Road, Suite 105
  Scottsdale, Arizona 85260
  *Attorneys for Defendants*

ORIGINAL of the foregoing transmitted
for filing this 10th day of April, 2024 with
the Clerk of the Maricopa County
Superior Court via AZTurboCourt and
a copy electronically transmitted via same to:

KEITH M. KNOWLTON, L.L.C.
Keith M. Knowlton
950 N. Mallard St.
Chandler, Arizona 85226
keithknowlton@msn.com
Attorney for Plaintiff


By:  <u>/s/ Mary Walker</u>

2