# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Ruth Hodges, | No. CV-24-00832-PHX-SMM (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice, (Doc. 21), filed on August 14, 2024. (Doc. 21). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation (Doc. 21) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this case.

Dated this 14th day of August, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge